# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138937

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                          SC: 138937
                                          COA: 290839
                                          Kent CC: 08-010669-FC

MATTHEW ARIEL RUBAN,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 8, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009 _____

p0831                                                  Clerk